IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FLEET CONNECT SOLUTIONS LLC,　　*Plaintiff*,　v.　CASIO COMPUTER CO., LTD.,　　*Defendant*. | CIVIL ACTION NO. 2:24-CV-00240-JRG-RSP (Lead Case) |
| FLEET CONNECT SOLUTIONS LLC,　　*Plaintiff*,　v.　SOMFY ACTIVITES SA and SOMFY SA,　　*Defendants*. | CIVIL ACTION NO. 2:24-CV-00465-JRG-RSP (Member Case) |

## ORDER

Before the Court is the Notice of Dismissal (the "Notice") filed by Plaintiff Fleet Connect Solutions LLC ("Plaintiff"). (Dkt. No. 10.) In the Notice, Plaintiff represents that the above-captioned Member Case between Plaintiff and Defendants Somfy Activites SA and Somfy SA is voluntarily dismissed WITH PREJUDICE. (*Id.* at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned Member Case between Plaintiff and Somfy Activites SA and Somfy SA are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned Member Case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk shall close Member Case No. 2:24-cv-465-JRG-RSP, but in light of the live disputes in the remainder of this series of consolidated cases, the Clerk of Court is directed to MAINTAIN AS OPEN the Lead Case, No. 2:24-cv-240-JRG-RSP.

**So ORDERED and SIGNED this 17th day of September, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE